# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of August, two thousand and fourteen.

Before:     Ralph K. Winter,
                 *Circuit Judge*.

_____

| | |
|---|---|
| Inocencia Herrera Taveras, acting on behalf of an infant child, L.A.H.,     Petitioner-Appellant, | **ORDER** <br> Docket No. 14-2189 |
| v. | |
| Jose Alonzo Morales,     Respondent-Appellee. | |

_____

    Appellant moves to extend, through September 19, 2014, the time in which to file a brief and appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED. However, the appeal is dismissed effective September 19, 2014, unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. *See RLI Ins. Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                   For the Court**:** <br>
                                                   Catherine O'Hagan Wolfe, <br>
                                                   Clerk of Court

