**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 22, 2014
Docket #: 14-2189cv
Short Title: Taveras v. Morales

DC Docket #: 13-cv-7743
DC Court: SDNY (NEW YORK CITY)
DC Judge: Abrams

## NOTICE OF DEFECTIVE FILING

On 09/19/2014 the BRIEF & SPECIAL APPENDIX on behalfo f Appellant was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____  Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____  Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____  Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____  Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____  Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____  Improper proof of service *(FRAP 25)*
    _____  Missing proof of service
    _____  Served to an incorrect address
    _____  Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____  Failure to submit document in digital format *(Local Rule 25.1)*
_____  Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click here
for instructions on how to make PDFs text searchable
_____  Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____  Failure to file special appendix *(Local Rule 32.1)*
_____  Defective cover *(FRAP 32)*
    _____  Incorrect caption *(FRAP 32)*
    _____  Wrong color cover *(FRAP 32)*
    _____  Docket number font too small *(Local Rule 32.1)*
\_XX\_\_  Incorrect pagination, click here for instructions on how to paginate PDFs
*(Local Rule 32.1)*
_____  Incorrect font *(FRAP 32)*
_____  Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____  Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____  Untimely filing
_____  Incorrect Filing Event
\_\_XX\_\_  Other: WHEN RE-FILING DO NOT SELECT "CORRECTED ...."  SELECT

PREVIOUS FILING EVENT.

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than 09/24/2014. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8573.